**FILED**
October 22, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> YULIYA STEPANISKO, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0367-KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release YULIYA STEPANISKO, Case No. MAG. 08-0367-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $50,000.00.

    _X_   Unsecured Appearance Bond (co-signed)

    \_\_\_   Appearance Bond with Surety

    _X_   (Other) Conditions as previously stated on the record.

    \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/22/08  at  3:00 pm

By _____
Edmund F. Brennan
United States Magistrate Judge